# UNITED STATES DISTRICT COURT
## OF TUCSON, ARIZONA



Aaron Smith #22253-032

(petitioner)

V.

Case no.

CV-23-429-TUC-JCH(AMM)

Federal Bureau of prisons

(Respondent)

## PRO SE MOTION UNDER TITLE 28 U.S.C. 2241 FOR APPLICATION OF FIRST ACT (FSA) CREDITS

DEAR JUDGE............

I AM NOT AN ATTORNEY, AND I AM FILLING THIS PRO-SE MOTION, MOVING THIS HONORABLE COURT TO ORDER THE BUREAU OF PRISON TO APPLY FIRST STEP ACT (FSA) EARNED TIME CREDIT TO MY PRISON SENTENCE....

ON OR ABOUT DECEMBER 18TH 2018, THE PRESIDENT OF THE UNITED STATES SIGNED INTO LAW THE FIRST STEP ACT (FSA) 18 U.S.C. 3632 THAT GRANTS ELIGIBLE INMATES THE ABILITY TO EARN TIME CREDITS (ETC) FOR SUCCESSFULLY PARTICIPATING IN AND COMPLETING APPROVED EVIDENCE -BASED RECIDIVISM REDUCTION (EBRR) PROGRAMS OR PRODUCTIVE (PA'S)

MY CONVICTION QUALIFIED ME TO EARN THESE CREDITS, SINCE ENTERING FEDERAL PRISON ON JAN.15 2020. I HAVE BEEN A LOW RISK / MIN. PATTERN SCORE SINCE ENTERTING THE FBOP, WHICH SHOULD BE ENTILED TO RECEIVE 10 PLUS AN ADDITIONAL 5 DAYS A MONTH OF (FSA) TIME CREDIT.

PURSUANT TO TITLE 42 U.S.C. 1997 E (A) PRISON LITIGATION REFORM ACT, REQUIRING ME TO EXHAUST MY ADMINISTRATIVE REMEDIES TO RESOLVE GRIEVANCES, AND ISSUES. THERE IS NO GRIEVANCES IN THIS MATTER DUE TO THE FACT I AM NOT INCARCERATED. I PETITIONER, WAS RELEASED FROM LA TUNA FEDERAL CAMP ON APRIL THE 7TH 2023. PLACED IN DISMAS CHARITY TUCSON, AZ. PRE- RELEASE CUSTODY.

1. I HAVE SPOKEN TO STAFF, WHICH IS MY ASSIGNED COUNSLOR MS. HEATHER MANGOLD, AT DISMAS CHARITY NUMEROUS OF TIMES TO HELP ME WITH THIS, ALSO THE CREDIT ASSESSMENT SHEET WAS SENT TO HER BY EMAIL FROM THE CASE MANAGER MR. GONZALES AT THE LA TUNA CAMP.

2. I HAVE EMAIL AND SPOKEN TO STAFF AT CENTRAL OFFICE (FBOP) WASHINGTON, DC. ABOUT MY TIME CERDIT, IT STILL REMAIN THE SAME.

3. I HAVE EMAILED AND SPOKEN TO STAFF AT GRAND PARRIE, TX. SENTENCE COMPUTATION CENTER, IT STILL REMAIN THE SAME

4. I HAVE EMAILED ANS SPOKEN TO STAFF AT RRM PHOENIX, AZ. ABOUT MY (FSA) TIME CREDIT.ITS STILL REMAIN THE SAME.

TIME CREDIT EARNED ...BY PRISONERS WHO SUCCESSFULLY PARTICIPATE IN RECIDIVISM REDUCTION PROGRAM OR PRODUCTIVE ACTIVITIES AND WHO HAVE BEEN DETERMINED TO BE AT MINIMUM RISK OR LOW RISK FOR RECIDIVISM PURSUANT TO THEIR LAST TWO REASSESSMENT SHALL BE APPLIED TOWARD TIME IN PRE- RELEASE CUSTODY. THE DIRECTOR OF THE BUREAU OF PRISONS SHALL TRANSFER PRISONERS DESCRIBED IN THIS SUBSECTION INTO PRE-RELEASE CUSTODY (ALSO KNOWN AS SUPERVISED RELEASE)  18 U.S.C. 3624 (G)

I ACCRUED (1104 ) PROGRAMING DAY, THE PROGRAM DAYS THAT ARE ON MY (FSA) CREDIT SHEET. 365 OF THOSE DAYS WERE ADDED TO TIME OFF MY SENTENCE. 145 TOWARD RRC/HC. (RRC KNOWN AS HALFWAY HOUSE/ HC. KNOWN AS HOME CONFINEMENT) 594 DAYS OF FSA CREDITS REMAINS.

I HAVE BEEN PLACED ON HOME CONFINEMENT FOR APPROXIMATELY 60 DAYS NOW, WITH OUT THESE CREDITS BEING APPLIED. I WOULD LIKE THESE CREDITS TO BE APPLIED AND SENT TO MY SUPERVISE RELEASE TERM OF 5 YEARS. IM ONLY ASKING THAT THIS COURT HAVE THE (FBOP) TO APPLY MY CREDITS.

THIS COURT HAS JURISDICTION OF THIS CASE AS I AM A RESIDENT OF TUCSON, AZ......... FOR THE FOREGOING REASONS, PETITIONER MOVES THIS HONORABLE COURT TO GRANT IMMEDIATE HABEAS CORPUS RELIEF UNDER 29 U.S.C. 2241, FORCING THE BUREAU OF PRISONS TO APPLY ALL EARNED TIME CREDIT TO THE SENTENCE.

I AARON SMITH, UNDER PENALTY OF PERJURY, HEREBY AFFIRM THAT ALL STATEMENTS GIVEN HEREOF ARE TRUTHFUL TO THE OF MY KNOWLEDGE. I HAVE MAILED A COPY OF THIS MOTION TO THE (FBOP) DEPARTMENT LISTED BELOW ,CERTIFIED. ALSO SENT A COPY TO THE CLERK OF THE COURT.

PETITION REQUEST THE CLERK OF THE COURT TO RETURN A STAMPED COPY TO THE PETITIONER SHOWING THIS MOTION HAS BEEN FILED WITH THIS HONORABLE COURT AND SHOWING THE APPROPRIATE CASE NUMBER FOR THIS PRO- SE MOTION FILED PURSUANT TO 28 U.S.C.2241

RESPECTFULLY SUBMITTED,

*Aaron Smith #22253-032*

AARON SMITH #22253-032

FEDERAL BUREAU OF PRISONS

320 1ST NW,

WASHINGTON, DC. 20534