# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Smith,<br><br>　　　　Petitioner,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>　　　　Respondent. | **NO. CV-23-00429-TUC-JCH (AMM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 24, 2023,  judgment is entered in favor of respondents and against petitioner. Petitioner to take nothing, and the petition and action are dismissed without prejudice for failure to comply with the Court's orders.

December 18, 2023

Debra D. Lucas
District Court Executive/Clerk of Court

By　s/ C. Ortiz
　　Deputy Clerk